FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

00 APR 14

U.S. DISTRICT COU..
N.D OF AL

| | | |
|---|---|---|
| RANGER INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV-00-BU-0091-S |
| AVANTI CONSTRUCTION CORPORATION, et al., | ) | **ENTERED** |
| Defendants. | ) | APR 14 2000 |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written application of Plaintiff, supported by affidavit, for Judgment of Default in favor of Plaintiff and against Defendant Avanti Construction Corporation, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The summons and complaint were properly served upon Larry M. Curry, the registered agent of Avanti Construction Corporation, on January 28, 2000. Defendant Avanti Construction Corporation has failed to appear, plead, or otherwise defend.

2. Defendant Avanti Construction Corporation is indebted to Plaintiff for the sum of $290,000.00, principal, and $52,200.00, prejudgment interest.

3. The Contract between Plaintiff and Avanti Construction Corporation contains a provision for payment of attorney's fees and costs associated with collection of debt. Plaintiff is entitled to the reasonable attorneys fees and costs of $2,773.00.

22

5.  Plaintiff is due to recover from Defendant the total sum of $344,973.00, plus post-judgment interest, and court costs.   A judgment will enter accordingly.

DONE this ____14th____ day of April, 2000.

_____
H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE